OPINION # O-7510 WAS NEVER ISSUED OR

WAS WITHDRAWN.